**GUST ROSENFELD P.L.C.**
One E. Washington, Suite 1600
Phoenix, Arizona 85004-2553
Phone: (602) 257-7422
Facsimile: (602) 340-1538
James G. Speer – 003103
jspeer@gustlaw.com
**Attorneys for Defendants ICC Collision Centers, Inc.; and ICC Collision Center-Surprise, Inc.**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kristie Gallagher, a single woman,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ICC Collision Centers, Inc., an Arizona corporation; ICC Collision Center-Surprise, Inc., an Arizona corporation,<br><br>　　　　　　Defendants. | Case No. 2:11-cv-01542-DKD<br><br>**DEFENDANTS' NOTICE OF SERVICE OF FIRST (A) REQUESTS FOR ADMISSION, (B) INTERROGATORIES, AND (C) REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF** |

　　　　Defendants hereby give notice that on October 20, 2011 they served upon Plaintiff their first (a) requests for admission, (b) interrogatories, and (c) request for production of documents by United States mail and email.

　　　　DATED the 20th day of October, 2011.

　　　　　　　　　　　　　　　　　　　　　　**GUST ROSENFELD P.L.C.**


　　　　　　　　　　　　　　　　　　　　　　By: */s/ James G. Speer*
　　　　　　　　　　　　　　　　　　　　　　James G. Speer
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　ICC Collision Centers, Inc. and
　　　　　　　　　　　　　　　　　　　　　　ICC Collision Center-Surprise, Inc.

JGS:paw  1616430.1  10/20/2011　　　　　　　　1

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Peter K. Strojnik, Esq.
The Strojnik Firm LLC
2415 E. Camelback Rd., Suite 700
Phoenix, AZ 85016
strojnik@skplaw.com
*Attorneys for Plaintiff*

By: */s/ Pamela Worth*

JGS:paw  1616430.1  10/20/2011

2