**THE STROJNIK FIRM LLC**
ATTORNEYS AT LAW
SUITE 700
2415 East Camelback Road
Phoenix, Arizona 85016
(602) 510-9409
Facsimile: 602.513.7449
PETER K. STROJNIK, ESQ.
AZBN 026082 CABN 242728
strojnik@skplaw.com
Attorney for Plaintiff

**GUST ROSENFELD P.L.C.**
One E. Washington, Suite 1600
Phoenix, Arizona 85004-2553
Telephone: (602) 257-7422
Facsimile: (602) 340-1538
James G. Speer – 003103
jspeer@gustlaw.com
Karl H. Widell – 022758
kwidell@gustlaw.com
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kristie Gallagher,<br><br>          Plaintiff,<br><br>v.<br><br>ICC Collision Centers, Inc., et al.,<br><br>          Defendants. | No. CV 11-1542-PHX-DKD<br><br>**STIPULATION TO DISMISS** |

The parties, pursuant to Fed. R. Civ. P. 41, by and through their undersigned counsel, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice. The parties agree to bear their own costs and attorney's fees incurred herein. A form of order has been submitted herewith.

RESPECTFULLY SUBMITTED this 14th day of December 2011.

**THE STROJNIK FIRM L.L.C.**

By:  *s/Peter Kristofer Strojnik - 026082*

Peter Kristofer Strojnik
Attorney for Plaintiff

**GUST ROSENFELD P.L.C.**

By:  *s/Karl H. Widell - 022758*

James G. Speer
Karl H. Widell
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on the December 14, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Peter Strojnik
**THE STROJNIK FIRM LLC**
2415 E. Camelback Road, Suite 700
Phoenix, AZ 85016
*Attorney for Plaintiff*

 *s/Cheryl Rinck*